UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.: 22-CV-00513-VMC-AAS

JOEL LOPEZ LOPEZ,

    Plaintiff,

vs.

HYDERABAD CATERERS, LLC,
FARHEEN BANO, and,
AMIN MOHAMMAD,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH COURT ORDER (D.E. 7)

Plaintiff, **JOEL LOPEZ LOPEZ** ("Plaintiff"), by and through the undersigned counsel, hereby respectfully files this Notice of Compliance pursuant to Court Order (D.E. 7). On March 24, 2022, Plaintiff served the Defendant, All documents in Plaintiff's possession, custody, or control that pertain to the unpaid wages claimed in the Complaint, per this Court's Order, (D.E. 7) via electronic mail.

Dated: March 24, 2022
    Respectfully Submitted,

/s/    Jorge L. Costa
Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
Email: agp@rgpattorneys.com
Max L. Horowitz, Esq.
Florida Bar No. 118269
Email: Mhorowitz@rgpattorneys.com
Jorge L. Costa, Esq.
Florida Bar No. 1031513
Email: Jcosta@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200

                          Miami, FL 33130
                          Tel. 305-416-5000
                          Fax. 305-416-5005
                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of March 2022, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system. I HEREBY FURTHER CERTIFY that a copy of the foregoing along with the Notice of Electronic Filing generated by CM/ECF were also served via CM/ECF system on this 24th day of March, 2022 on all counsel or parties of record on the attached service list.

                          */s/   Jorge L. Costa*
                          Anthony M. Georges-Pierre, Esq.
                          Florida Bar No. 533637
                          Max L. Horowitz, Esq.
                          Florida Bar No. 118269
                          Jorge L. Costa, Esq.
                          Florida Bar No. 1031513

## **Service List**

| | |
|---|---|
| Anthony M. Georges-Pierre, Esq.<br>Florida Bar No. 533637<br>Email: agp@rgpattorneys.com<br>Max L. Horowitz, Esq.<br>Florida Bar No. 118269<br>Email: Mhorowitz@rgpattorneys.com<br>Jorge L. Costa, Esq.<br>Florida Bar No. 1031513<br>Email: Jcosta@rgpattorneys.com<br>REMER & GEORGES-PIERRE, PLLC<br>44 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Tel. 305-416-5000<br>Fax. 305-416-5005<br>*Attorneys for Plaintiff* | Ashwin R. Trehan, Esq.,<br>SPIRE LAW, LLC 2572 W.<br>State Road 426, Suite 2088<br>Oviedo, Florida 32765;<br>E-Mail(s)<br>ashwin@spirelawfirm.com<br>sarah@spirelawfirm.com<br>laura@spirelawfirm.com<br>filings@spirelawfirm.com<br>*Counsel for Defendants* |