UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOEL LOPEZ LOPEZ**,

    Plaintiff,

**Case No.**: 8:22-cv-513-VMC-AAS

**v.**

**HYDERABAD CATERERS, LLC**,
**FARHEEN BANO**, and
**AMIN MOHAMMAD**,

    Defendants.
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

PLEASE TAKE NOTICE of the appearance of Jesse I. Unruh, Esquire, of Spire Law, LLC, as lead counsel for the Defendants, HYDERABAD CATERERS, LLC, FARHEEN BANO, and AMIN MOHAMMAD.

Dated this 26th day of April, 2022.

    Respectfully submitted,

    SPIRE LAW, LLC
    2572 W. State Road 426, Suite 2088
    Oviedo, Florida 32765

    By: */s/ Jesse I. Unruh*
        Jesse I. Unruh, Esq.
        Florida Bar No. 93121

>jesse@spirelawfirm.com
>laura@spirelawfirm.com
>filings@spirelawfirm.com
>
>Attorneys for Defendants | HYDERABAD CATERERS, LLC, FARHEEN BANO, and AMIN MOHAMMAD

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the foregoing by electronic mail upon Anthony M. Georges-Pierre, Esq. at agp@rgpattorneys.com; Max L. Horowitz, Esq. at mhorowitz@rgpattorneys.com; and Jorge L. Costa, Esq. at Jcosta@rgpattorneys.com.

>*/s/ Jesse I. Unruh*
>Attorney