UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOEL LOPEZ LOPEZ**,

    Plaintiff,

**Case No.**: 8:22-cv-00513-VMC-AAS

v.

**HYDERABAD CATERERS, LLC**,
**FARHEEN BANO**, and
**AMIN MOHAMMAD**,

    Defendants.
_____/

## VERIFIED SUMMARY OF HOURS ALLEGEDLY WORKED BY PLAINTIFF JOEL LOPEZ LOPEZ

Defendant, Hyderabad Caterers, LLC ("Defendant"), hereby files a Verified Summary of hours allegedly worked by Plaintiff, Joel Lopez Lopez.

The following summary of Plaintiff's hours allegedly worked is based upon information available to Defendant at this time.

| Week Beginning | Hours Worked | Amount Paid |
|---|---|---|
| Monday, March 9, 2020 | 18 | $180 - $10 per hour |

| | | |
|---|---|---|
| Monday, March 16, 2020 | 18 | $180 - $10 per hour |
| Monday, March 23, 2020 | 18 | $180 - $10 per hour |
| Monday, March 30, 2020 | 18 | $180 - $10 per hour |
| Monday, April 6, 2020 | 18 | $180 - $10 per hour |
| Monday, April 13, 2020 | 18 | $180 - $10 per hour |
| Monday, April 20, 2020 | 18 | $180 - $10 per hour |
| Monday, April 27, 2020 | 18 | $180 - $10 per hour |
| Monday, May 4, 2020 | 18 | $180 - $10 per hour |
| Monday, May 11, 2020 | 18 | $180 - $10 per hour |

Doc ID: 92a71715a697013e9d1bc1cd6d459e013bae946d

| | | |
|---|---|---|
| Wednesday, December 16, 2020 | 66 | $900 - $11 per hour for 40 hours, $16.50 per hour for 26 overtime hours, plus $31 tip. |
| Wednesday, December 23, 2020 | 66 | $869- $11 per hour for 40 hours, $16.50 per hour for 26 overtime hours. |
| Wednesday, December 30, 2020 | 55 | $687.50 - $11 per hour for 40 hours, $16.50 per hour for 15 overtime hours |

## **VERIFICATION**

I, Amin Mohammad, as corporate representative of Hyderabad Caterers, LLC, declare under penalty of perjury that I have read the foregoing Verified Summary of Hours Allegedly Worked by Plaintiff Joel Lopez Lopez and that the foregoing Summary is true and correct to the best of my knowledge, information, and belief.

_____
Amin Mohammad

04 / 28 / 2022
_____
Date

3

Doc ID: 92a71715a697013e9d1bc1cd6d459e013bae946d

Dated this 28th day of April 2022.

      Respectfully submitted,

      SPIRE LAW, LLC
      2572 W. State Road 426, Suite 2088
      Oviedo, Florida 32765

      By: */s/ Jesse I. Unruh*
           Jesse I. Unruh, Esq.
           Florida Bar No. 93121
           jesse@spirelawfirm.com
           sarah@spirelawfirm.com
           filings@spirelawfirm.com

      Attorneys for Defendants | HYDERABAD CATERERS, LLC, FARHEEN BANO, and AMIN MOHAMMAD

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the foregoing by electronic mail upon Anthony M. Georges-Pierre, Esq. at agp@rgpattorneys.com; Max L. Horowitz, Esq. at mhorowitz@rgpattorneys.com; and Jorge L. Costa, Esq. at Jcosta@rgpattorneys.com.

      */s/ Jesse I. Unruh*
      Attorney

Doc ID: 92a71715a697013e9d1bc1cd6d459e013bae946d